FILED

2012 Nov-05  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO SAMUEL McKEITHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-03632-KOB-HGD |
| ) | |
| BONNIE SAMANTHA HELENE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (doc. 15) on August 17, 2012, recommending the dismissal of this § 1983 action under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  He also recommends that the court decline to exercise supplemental jurisdiction over any state law claims in this action and dismiss such claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  No party filed any objections.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court ADOPTS the report of the magistrate judge and ACCEPTS his recommendation.  Accordingly, the court finds that the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing

to state a claim upon which relief may be granted.  The court declines to exercise supplemental jurisdiction over any state law claims in this action and finds that such claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). The court will enter a Final Judgment and Dismissal Order.

DONE and ORDERED this 5th day of November, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE